DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EUGENE PREVIL, JR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2911

[August 15, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard Isaac Bober, Judge; L.T. Case Nos. 18-2897CF10A and 22-4802CF10A.

Carey Haughwout, Public Defender, and Jaclyn Marie Lopez, Assistant Public Defender, West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, CONNER and ARTAU, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***